No. 05–6194. WOODS *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 05–6200. CLEMENTE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–6232. STOVER *v.* ECKENRODE ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6329. BASHIR *v.* HARVEY, ATTORNEY GENERAL OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6352. MILLS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6362. CAMPBELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6369. PARKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6372. RIVERA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–6375. BERAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–6381. EDWARDS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6383. NICHOLSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–6385. VALLEJO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–6387. OLVERA CONTRERAS *v.* JETER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 05–6394. JONES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–6395. MASON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.